——— Priority
——— Send
——— Clsd
✓ Enter
——— JS-5/JS-6
——— JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2006

CENTRAL DISTRICT OF CALIF.
BY

ENTERED
CLERK, U.S. DISTRICT COURT

MAR 3 0 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES R. RIVAS,<br><br>              Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social<br>Security Administration,<br><br>              Defendant. | CASE NO. CV 03-7511-MMM (PJW)<br><br>ORDER ACCEPTING REPORT AND<br>ADOPTING FINDINGS, CONCLUSIONS,<br>AND RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered de novo the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:     _March 29, 2006_

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Soc Sec\RIVAS, M 7511\Order accep r&r.wpd

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)